FILED
CLERK, U.S. DISTRICT COURT

'03 MAY 03 PM 2:40

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

MICHAEL L. LARSEN (4069)
DAVID M. BENNION (5664)
JOHN E. DELANEY (8184)
PARSONS BEHLE & LATIMER
Attorneys for OVERSTOCK.COM
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| OVERSTOCK.COM, INC., a Delaware corporation<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>NCR CORPORATION, a Maryland corporation,<br><br>Defendant/Counterclaimant. | Case No. 2:03-CV-0123 PGC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge Paul G. Cassell |

Based upon the Stipulation of Dismissal Without Prejudice entered into by and between Plaintiff/Counterclaim Defendant Overstock.com, Inc. ("Overstock") and Defendant/Counterclaimant NCR Corporation ("NCR") in the above-captioned action, and for good cause shown,

It is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned action, including all complaint, claims, counterclaims, and causes of action, is hereby dismissed without prejudice, with each of the parties to bear its own respective costs and attorneys' fees.

526845.1



DATED this 19th day of May, 2003.

BY THE COURT:

_____
The Honorable Paul G. Cassell

APPROVED AS TO FORM:

PARSONS BEHLE & LATIMER

_____
MICHAEL L. LARSEN
DAVID M. BENNION
JOHN E. DELANEY
Attorneys for OVERSTOCK.COM


LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.

_____
DAVID M. CONNORS
JONATHAN R. SCHOFIELD
PAUL R. GUPTA
BRIAN A. CARPENTER
Attorneys for NCR Corporation

# CERTIFICATE OF SERVICE

I certify that on this 13th day of May 2003, one true and correct copy of the above **ORDER OF DISMISSAL WITHOUT PREJUDICE** was served on all counsel of record, as indicated below:

| | |
|---|---|
| David M. Connors<br>Jonathan R. Schofield<br>LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.<br>1000 Kearns Building<br>136 South Main Street<br>Salt Lake City, Utah 84101-1685 | **VIA U.S. MAIL** |
| Paul R. Gupta<br>LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.<br>125 W. 55th Street<br>New York, NY 10019-5389 | **VIA U.S. MAIL** |
| Brian A. Carpenter<br>LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.<br>633 17th Street, Suite 2000<br>Denver, CO 80202 | **VIA U.S. MAIL** |

United States District Court
for the
District of Utah
May 21, 2003

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:03-cv-00123

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Mr. Michael L Larsen, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT   84145-0898
    EMAIL

    Mr. David M Connors, Esq.
    LEBOEUF LAMB GREENE & MACRAE LLP
    136 S MAIN ST STE 1000
    SALT LAKE CITY, UT   84101
    JFAX 9,3598256